**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEILANI LEBLANC-WENTZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC; MOVEMENT MORTGAGE LLC; and VW CREDIT, INC.,<br><br>　　　　　Defendants. | Case No.:  2:24-cv-01725-JDP<br><br>Hon. Magistrate Judge Jeremy D. Peterson<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR MOVEMENT MORTGAGE, LLC TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY MORE THAN 28 DAYS (L.R. 144)** |

Having read and considered the Second Stipulation to Extend Time for Defendant Movement Mortgage, LLC ("Movement") to respond to Plaintiff Leilani Leblanc-Wentz ("Plaintiff") Complaint (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and hereby **GRANTS** the Stipulation as follows:

Movement shall have up to and including September 5, 2024, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   August 12, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE