**MCGUIREWOODS LLP**
SALWA S. KAMAL SBN #327108
YESUL KRISTIN LEE SBN #349587
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
Email: skamal@mcguirewoods.com
Email: klee@mcguirewoods.com

Attorneys for Defendant VW Credit, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI LEBLANC-WENTZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUION, LLC.; EQUIFAX INFORMATION SERVICES, LLC; MOVEMENT MORTGAGE LLC; VW CREDIT, INC.,<br><br>        Defendants. | CASE NO.  2:24-cv-01725-JDP<br><br>The Hon. Magistrate Judge Jeremy D. Peterson<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO EXTEND TIME FOR VW CREDIT, INC. TO RESPOND TO COMPLAINT<br><br>Complaint Filed:      06/08/2024<br>Current Response Date:  08/12/2024 |

**[PROPOSED] ORDER**

Having reviewed and considered the parties' Stipulation to Extend Time for VW Credit, Inc. to Respond to Complaint, and good cause appearing, it is hereby ordered that:

1. VCI's time to file a responsive pleading in this action shall be extended by fourteen (14) days, up to and including August 26, 2024.

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

IT IS SO ORDERED.

Dated:   August 13, 2024                            _____
                                                                       JEREMY D. PETERSON
                                                                       UNITED STATES MAGISTRATE JUDGE