**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEILANI LEBLANC-WENTZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC; MOVEMENT MORTGAGE LLC; and VW CREDIT, INC.,<br><br>　　　　　　Defendants. | Case No.: 2:24-CV-01725-TLN-JDP<br><br>Hon. District Judge Troy L. Nunley<br><br>**ORDER GRANTING FINAL STIPULATION FOR MOVEMENT MORTGAGE, LLC TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144)** |

Having read and considered the Final Stipulation to Extend Time for Defendant Movement Mortgage, LLC ("Movement") to respond to Plaintiff Leilani Leblanc-Wentz ("Plaintiff") Complaint (collectively, the "Parties"), the Court finds **GOOD CAUSE** to extend time, and hereby **GRANTS** the Stipulation as follows:

Movement shall have up to and including September 19, 2024, to respond to Plaintiff's Complaint.

ORDER GRANTING STIPULATION

**IT IS SO ORDERED.**

Dated this 5th day of September, 2024.

Troy L. Nunley
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i
CERTFICATE OF SERVICE